**12 CIV 6625**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION ) ) ) | No. 11-md-02293 (DLC) <br> ECF Case |
| This Document Relates to: | |
| THE STATE OF TEXAS, et. al., ) ) ) Plaintiffs, ) ) v. ) ) HACHETTE BOOK GROUP, INC., et. al., ) ) Defendants. ) ) ) | Civil Action No. _____ |

**NOTICE OF PLAINTIFF STATES' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS AND PROPROSED NOTICE AND DISTRIBUTION PLANS**

Pursuant to Local Rule 7.1 of the Southern District of New York, please take notice that, upon the filing of the Memorandum of Law in Support of Plaintiff States' Motion for Preliminary Approval of Settlements and Proposed Consumer Notice and Distribution Plans and all papers and pleadings submitted therewith, the Plaintiff States will move this Court before the Honorable Denise Cote, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an order:

    1) Granting Plaintiff States' motion for preliminary approval of Plaintiff States' settlement agreements with Defendants HarperCollins Publishers, L.L.C.,

Hachette Book Group, Inc., Simon & Schuster, Inc. and Simon & Schuster Digital Sales, Inc. (together "Simon & Schuster");

2) Approving Plaintiff States' plan to provide notice of the settlements to consumers in accordance with due process and 15 U.S.C. §15c; and

3) Approving Plaintiff States' plan for distribution of settlement funds to consumers.

Plaintiff States, by and through the State of New York and the Liaison States of Texas, Connecticut and Ohio, seek this order pursuant to the Clayton Act, 15 U.S.C. §15c. *See* 15 U.S.C. §15c (authorizing the State Attorneys General to bring a civil antitrust action for damages, as *parens patriae* on behalf of natural persons residing in such States, and requiring court approval of compromise of such claims).

Dated: August 29, 2012

STATE OF TEXAS
GREG ABBOTT, ATTORNEY GENERAL

DANIEL HODGE
First Assistant Attorney General
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
JOHN T. PRUD'HOMME
Chief, Consumer Protection Division
KIM VAN WINKLE
Section Chief, Antitrust Section
Consumer Protection Division
GABRIEL R GERVEY
Assistant Attorney General

BY: /s/ Rebecca Fisher
Rebecca Fisher
Senior Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Phone (512) 463-1265
Rebecca.Fisher@texasattorneygeneral.gov

**ATTORNEYS FOR THE STATE OF TEXAS**
**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF CONNECTICUT
GEORGE JEPSEN, ATTORNEY GENERAL

MICHAEL E. COLE
Chief, Antitrust Department

W. Joseph Nielsen

BY: */s/ Gary Becker (RJH)*
Gary M. Becker (GB8259)
Assistant Attorneys General
55 Elm Street
Hartford, CT 06106
PH: (860) 808-5040
Michael.Cole@ct.gov
Joseph.Nielsen@ct.gov
Gary.Becker@ct.gov

**ATTORNEYS FOR THE STATE OF CONNECTICUT**
**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF OHIO
R. MICHAEL DEWINE,
ATTORNEY GENERAL

BY: */s/ Doreen Johnson (RJH)*
DOREEN JOHNSON
Assistant Chief, Antitrust Section

Edward J. Olszewski
Assistant Attorney General
Office of the Ohio Attorney General, Antitrust Section
150 E. Gay St. – 23rd Floor
Columbus, OH 43215
Tel: (614) 466-4328
Doreen.Johnson@ohioattorneygeneral.gov

**ATTORNEYS FOR THE STATE OF OHIO**
**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF NEW YORK
ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL

BY: /s/ Robert L. Hubbard
Robert L. Hubbard (RH3821)
Linda J. Gargiulo (LG4315)
Assistant Attorney General
Antitrust Bureau
120 Broadway, 26th Floor
New York, NY 10271-0332
(212) 416-8274
robert.hubbard@ag.ny.gov
linda.gargiulo@ag.ny.gov

**ATTORNEYS FOR THE STATE OF NEW YORK**
**LOCAL COUNSEL**

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Plaintiff States' Motion for Preliminary Approval of Settlements and Proposed Notice and Distribution Plans was served this 29th day of August 2012, by regular US mail upon the following:

**For Defendant HarperCollins Publishers, LLC:**
Clifford H. Aronson
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

**For Defendant Hachette Book Group, Inc.:**
Walter Stuart
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue
New York, NY 10022

**For Defendants Simon & Schuster, Inc. and Simon & Schuster Digital Sales, Inc.:**
Helene D. Joffe
Alan Kusinitz
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

Dated: August 29, 2012

Doreen C. Johnson
Assistant Section Chief, Antitrust Section
Ohio Attorney General's Office