```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
                                            :
IN RE: ELECTRONIC BOOKS ANTITRUST           :    11 MD 2293 (DLC)
LITIGATION                                  :
                                            :
------------------------------------------- X
                                            :
THE STATE OF TEXAS, et al.,                 :
                    Plaintiffs,             :
                                            :
             -v-                            :    12 Civ. 3394 (DLC)
                                            :
PENGUIN GROUP (USA) INC., et al.            :
                    Defendants              :
------------------------------------------- X
                                            :
THE STATE OF TEXAS, et al.,                 :
                    Plaintiffs,             :
                                            :    12 Civ. 6625 (DLC)
             -v-                            :
                                            :
HACHETTE BOOK GROUP INC., et al.            :         ORDER
                    Defendants              :
                                            :
-------------------------------------------X
```

DENISE COTE, District Judge:

These cases involve alleged anticompetitive conduct by defendants, including companies that publish electronic books. During a conference held on December 20, 2011, the Court notified counsel for all parties that it has purchased electronic books. By Order of that same day, the Court waived any interest it might have in the putative class action. It is hereby

ORDERED that the Court waives as well any interest it might have in the above-captioned parens patriae lawsuits, The State

of Texas, et al. v. Penguin Group (USA) Inc., et al., 12 Civ. 3394 (DLC) and The State of Texas, et al. v. Hachette Book Group Inc., et al., 12 Civ. 6625 (DLC).

SO ORDERED:

Dated:     New York, New York
           September 10, 2012

                                    _____
                                            DENISE COTE
                                    United States District Judge