UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION ) ) ) ) | No. 11-md-02293 (DLC) <br> ECF Case |
| This Document Relates to: | |
| THE STATE OF TEXAS, et. al., ) ) ) Plaintiffs, ) ) v. ) ) HACHETTE BOOK GROUP, INC., et. al., ) ) Defendants. ) ) | Civil Action No. 12-cv-6625 |

### FIRST SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFF STATES' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS AND PROPOSED CONSUMER NOTICE AND DISTRIBUTION PLAN

On August 29, 2012, Plaintiff States filed their Notice of Motion for Preliminary Approval of Settlements and Proposed Consumer Notice and Distribution Plan, together with a Memorandum in Support of that Motion ("Memorandum in Support"). Attached to the Memorandum in Support were numerous Appendices. In response to comments and requests made by the Court during a conference call held on September 10, 2012, several of the Appendices have been revised to reflect corrections and updated information and two new forms, referenced in the Notice Plan, have been created. Attached to this First Supplemental Memorandum in Support are the following revised and new Appendices:

1) First Supplemental Appendix F (Distribution Plan)
2) First Supplemental Appendix H (Notice Plan): Exhibits A, B, C & D
3) First Supplemental Appendix J (Proposed Order)
4) First Supplemental Appendix K (Claim Form) (New)
5) First Supplemental Appendix L (Exclusion Form (New)

The text of the originally filed Memorandum in Support and all other Appendices attached thereto remain unchanged.

Dated: September 14, 2012.

Respectfully submitted,

STATE OF TEXAS
GREG ABBOTT, ATTORNEY GENERAL

DANIEL HODGE
First Assistant Attorney General
JOHN B. SCOTT
Deputy Attorney General for Civil Litigation
JOHN T. PRUD'HOMME
Chief, Consumer Protection Division
KIM VAN WINKLE
Section Chief, Antitrust Section
Consumer Protection Division
GABRIEL R GERVEY
Assistant Attorney General

BY: *Rebecca Fisher*
Rebecca Fisher
Senior Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Phone (512) 463-1265
Rebecca.Fisher@texasattorneygeneral.gov

**ATTORNEYS FOR THE STATE OF TEXAS**
**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF CONNECTICUT
GEORGE JEPSEN, ATTORNEY GENERAL

MICHAEL E. COLE
Chief, Antitrust Department

W. Joseph Nielsen

BY: *Gary Becker*
Gary M. Becker (GB8259) w/ permission R. Fisher
Assistant Attorneys General
55 Elm Street
Hartford, CT 06106
PH: (860) 808-5040
Michael.Cole@ct.gov
Joseph.Nielsen@ct.gov
Gary.Becker@ct.gov

**ATTORNEYS FOR THE STATE OF CONNECTICUT**
**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF OHIO
R. MICHAEL DEWINE,
ATTORNEY GENERAL

BY: *Doreen Johnson*
DOREEN JOHNSON w/ permission R. Fisher
Assistant Chief, Antitrust Section
Edward J. Olszewski
Assistant Attorney General
Office of the Ohio Attorney General, Antitrust Section
150 E. Gay St. – 23rd Floor
Columbus, OH 43215
Tel: (614) 466-4328
Doreen.Johnson@ohioattorneygeneral.gov

**ATTORNEYS FOR THE STATE OF OHIO**
**LIAISON COUNSEL FOR PLAINTIFF STATES**

2

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing Plaintiff States' First Supplemental Memorandum in Support of Motion for Preliminary Approval of Settlements and Proposed Notice and Distribution Plans was served this 14th day of September, 2012, via the Court's Electronic Case Filing system, on the following:

**For Defendant HarperCollins Publishers, LLC:**
Clifford H. Aronson
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036-6522

**For Defendant Hachette Book Group, Inc.:**
Walter Stuart
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue
New York, NY 10022

**For Defendants Simon & Schuster, Inc. and Simon & Schuster Digital Sales, Inc.:**
Helene D. Joffe
Alan Kusinitz
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036

Dated: September 14, 2012

_Rebecca Fisher_
Rebecca Fisher
Senior Assistant Attorney General, Antitrust Section
Office of the Attorney General of Texas