

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/12



## ATTORNEY GENERAL OF TEXAS
### GREG ABBOTT

September 17, 2012

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

Via Email

Re: *State of Texas, et al. v. Hachette Book Group, Inc., et al.*, Case No. 12-cv-6625 (DLC) *(consolidated with In re Electronic Books Antitrust Litig.*, No. 11-md-02293(DLC))

Dear Judge Cote:

Liaison Counsel for Plaintiff States received the signed Order Preliminarily Approving the Proposed Settlements last Friday. We greatly appreciate the opportunity to proceed to give notice of the settlements to consumers and will do so will all diligence.

It is in regards to Attachment A of Your Honor's Order that I write. This Order refers to Attachment A thereto as the Notice Plan but Attachment A itself is limited to the Long Form Notice which was one of several Exhibits attached to the original Notice Plan submitted by the States for approval. As Your Honor is aware, three of the original exhibits to the Notice Plan were revised a couple of times last week after consultations with Your Honor. With our focus on quickly revising and submitting the documents for your review, we failed to provide a complete, updated version of the entire Notice Plan and the updated Exhibits thereto for inclusion with your signed Order.

We respectfully suggest that Your Honor may wish to enter a corrected Order, with a corrected Attachment A, as provided for under Rule 60(a) of the Federal Rules of Civil Procedure. Below

I provide a proposed Corrected Order and the complete Attachment A, with all revised Exhibits, for your review and consideration. The Order itself is the same as the Order signed on September 13th except that the dates inserted by hand on the original Order have now been typed. (For the convenience of the Court, I also attach these documents to the cover email for this letter.)

If additional documents or explanations would be useful, please advise.

Respectfully,

*Rebecca Fisher*
Rebecca Fisher
Senior Assistant Attorney General
Consumer Protection Division
Antitrust Section
Texas Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
(512) 463-1265 direct line
(512) 320-0975 facsimile
Rebecca.Fisher@texasattorneygeneral.gov

cc: Counsel for Plaintiff States
    Counsel for Defendants