UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ELECTRONIC BOOKS ANTITRUST LITIGATION ) ) ) | No. 11-md-02293 (DLC) ECF Case |
| This Document Relates to: | |
| ) THE STATE OF TEXAS, et al., ) ) Plaintiffs, ) ) v. ) ) HACHETTE BOOK GROUP, INC., et al., ) ) Defendants. ) ) ) | Civil Action No. 12-cv-6625 |

### PLAINTIFF STATES' MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENTS AND REVISED DISTRIBUTION PLAN

PLEASE TAKE NOTICE that upon the filing of the accompanying Memorandum of Law in Support of Plaintiff States' Motion for Final Approval of Settlements and Revised Distribution Plan and all Exhibits submitted therewith, Plaintiff States will move this Court before the Honorable Denise Cote, at the United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an order:

1) Finding that Plaintiff States' Settlement Agreements with Defendants and Plaintiff States' Revised Distribution Plan are fair, adequate and reasonable in accordance with 15 U.S.C. § 15c and due process;

2) Finding that notice of the Settlement Agreements which was provided by Plaintiff States was fair, adequate and reasonable and in compliance 15 U.S.C. § 15c, due process and all previous Court orders;

3) Granting final approval of the Settlement Agreements and Revised Distribution Plan; and directing State Liaison Counsel to distribute consumer funds in accordance with said Revised Distribution Plan;

4) Granting final approval for the distribution to Plaintiff States of the payments made pursuant to Section IV.C of the Settlement Agreements; and

5) Entry of the Propsed Order and Stipulated Injunction, attached to Plaintiff States' Memorandum of Law in Support of Final Approval of Settlements and Revised Distribution Plan.

Plaintiff States (by and through the Liaison States of Texas, Connecticut and Ohio) seek these orders pursuant to the Clayton Act, 15 U.S.C. §15c (authorizing the State Attorneys General to bring a civil antitrust action for damages, as *parens patriae* on behalf of natural persons residing in such States, and requiring court approval of compromise of such claims) and 15 U.S.C. §26 (authorizing persons, including State Attorneys General, to bring a civil antitrust action for injunctive relief).

Dated: January 28, 2013.            Respectfully submitted,

**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF TEXAS
GREG ABBOTT, ATTORNEY GENERAL

DANIEL HODGE
First Assistant Attorney General
JOHN B. SCOTT
KIM VAN WINKLE
Section Chief, Antitrust Section

*Rebecca Fisher*

Rebecca Fisher
Senior Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
Phone (512) 463-1265
Rebecca.Fisher@texasattorneygeneral.gov
**ATTORNEYS FOR THE STATE OF TEXAS**
**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF CONNECTICUT
GEORGE JEPSEN, ATTORNEY GENERAL

MICHAEL E. COLE
Chief, Antitrust Department
W. Joseph Niesen
Gary M. Becker
Assistant Attorneys General
55 Elm Street
Hartford, CT 06106
PH: (860) 808-5040
Michael.Cole@ct.gov
Joseph.Nielsen@ct.gov
Gary.Becker@ct.gov
**ATTORNEYS FOR THE STATE OF CONNECTICUT**
**LIAISON COUNSEL FOR PLAINTIFF STATES**

STATE OF OHIO
R. MICHAEL DEWINE, ATTORNEY GENERAL

DOREEN JOHNSON
Assistant Chief, Antitrust Section
Edward J. Olszewski
Assistant Attorney General
Office of the Ohio Attorney General, Antitrust Section
150 E. Gay St. – 23rd Floor
Columbus, OH 43215
Tel: (614) 466-4328
Doreen.Johnson@ohioattorneygeneral.gov

**ATTORNEYS FOR THE STATE OF OHIO**
**LIAISON COUNSEL FOR PLAINTIFF STATES**